UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Kari Wood, as Trustee for the next of kin of Brian Peter Ramfjord, deceased, | Court File No. 05-CV-1047 (MJD/RLE) |
| Plaintiff, | |
| vs. | ORDER FOR JUDGMENT AND JUDGMENT |
| Duluth, Missabe and Iron Range Railway Company, a foreign corporation and Canadian National Railway Company, a foreign corporation, | |
| Defendants. | |

_____

A **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** having been presented to the Court on behalf of the parties,

**IT IS HEREBY ORDERED** that the above-entitled action be and the same hereby is dismissed without prejudice and without costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this 17th day of October, 2005.          **BY THE COURT:**

s / Michael J. Davis
**Michael J. Davis
United States District Court Judge**

## **JUDGMENT OF DISMISSAL**

A **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** having been filed in the above-entitled matter on the ___ day of _____, 2005, and the Court having entered its Order thereof on the ___ day of _____, 2005, **NOW, PURSUANT TO SAID ORDER, JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY IS HEREBY ENTERED**.

Witness The Honorable Michael J. Davis, Magistrate of the Federal Court, at Hennepin County, Minnesota this _____ day of _____, 2005.

COURT ADMINISTRATOR

By _____

DULUTH#160458v1